```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                          OCT 15 2020

                                          JS-6
                    CENTRAL DISTRICT OF CALIFORNIA
                    BY: ___vdr_____ DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wesley Parker Weltch,<br><br>                  Plaintiff,<br>    v.<br>Officer Bogh et al.,<br><br>                  Defendant(s). | CASE NUMBER:<br><br>ED CV 20-1459 FMO (MRWx)<br><br>**ORDER DENYING REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES AND CLOSING CASE** |

On _____July 28, 2020_____, the Court DENIED plaintiff's request to file the action without prepayment of the full filing fee with leave to amend. Plaintiff was advised to resubmit the Request to Proceed Without Prepayment of Filing Fees and Complaint with a certified copy of the Trust Account Statement and Disbursement Authorization within 30 days, and failure to do so would result in closure of the case.

    Plaintiff has failed to submit a timely response. Accordingly, the Request to Proceed without Prepayment of Filing Fees is DENIED and the case is closed.

IT IS ORDERED.

DATED: __October 15, 2020__                     /s/ Fernando M. Olguin
                                                                   United States District Judge

Presented by:

_/s/ Michael R. Wilner_
Michael R. Wilner
United States Magistrate Judge